**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20471-WILLIAMS/MCALILEY**

**UNITED STATES OF AMERICA**

vs.

**ANGELA MARIA GIRON,**

**Defendant.**
_____/

**MOTION FOR WITHDRAWAL OF COUNSEL**

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully requests that the Clerk of Court terminate the appearance of Jessica C. Harvey in this matter.

Dated: March 9, 2023                           Respectfully submitted,

                                               MARKENZY LAPOINTE
                                               UNITED STATES ATTORNEY

                                               /s/ Jessica C. Harvey
                                               Jessica C. Harvey (A5502935)
                                               Trial Attorney
                                               U.S. Department of Justice
                                               Consumer Protection Branch
                                               450 Fifth Street, NW, Suite 6400S
                                               Washington, D.C. 20001
                                               (202) 307-0592; Jessica.Harvey@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 9, 2023, the undersigned electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will provide Notice of Electronic Filing to all counsel.

               /s/ Jessica C. Harvey
               Jessica C. Harvey